## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| MORTIMER FAMILY FUNERAL HOME, LLC; MORTIMER FUNERAL HOME, INC.; ROBERT BOWLES MORTIMER, JR.; and JOHN ARTHUR MORTIMER, II, <br><br>    Plaintiffs, <br><br>    v. <br><br> JOHNSON CONSULTING GROUP d/b/a JCG CAPITAL, LLC; FIRST CHATHAM BANK; OPULENCE PROTECTION d/b/a SBA PROTECTION; RADAR LENDER SERVICES, LLC; JOHN AND JANE DOES 1-10, <br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-72 |

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice filed on January 17, 2020, prior to the transfer of the case to this Court. (Doc. 19.) Having considered the Stipulation, which was signed by counsel for all parties who have appeared, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES**, with prejudice, all claims of Plaintiffs against Defendant Johnson Consulting Group, Inc. The Clerk is hereby directed to **TERMINATE** Johnson Consulting Group, Inc. as a Defendant in this case. All other claims in the case shall remain pending before the Court.

**SO ORDERED**, this 24th day of April, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA